**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000459
15-OCT-2019
09:35 AM**

NO. CAAP-19-0000459

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEN K. KAMAKAWIWO'OLE,
Claimaint-Appellee/Cross-Appellant, v.
OAHU TRANSIT SERVICES, INC. - THE BUS,
Self-Insured Employer-Appellant/Cross-Appellee,
and
FIRMS CLAIMS SERVICES,
Third-Party Administrator-Appellant/Cross-Appellee,
and
SPECIAL COMPENSATION FUND,
Appellee/Cross-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2017-299)

ORDER APPROVING STIPULATION TO DISMISS CROSS APPEAL
(By: Ginoza, C.J., and Leonard and Hiraoka, JJ.)

Upon consideration of the "Stipulation to Dismiss Claimant-Appellee-Cross-Appellant Len K. Kamakawiwoole's [(**Kamakawiwoole**)] Cross-Appeal," filed on August 20, 2019, by Kamakawiwoole, it appears that (1) on June 24, 2019, Self-Insured Employer-Appellant/Cross-Appellee Oahu Transit Services, Inc. and Third-Party Administrator-Appellant/Cross-Appellee Firms Claims Services (**Appellants**) filed a Notice of Appeal, (2) on July 1, 2019, Kamakawiwoole filed a Notice of Cross-Appeal, (3) on July 10, 2019, the court approved a stipulation by the parties to dismiss the Appellants' appeal, and the cross-appeal remained pending; (4) the parties now stipulate to dismiss the cross-appeal; (5) the stipulation is dated and signed by counsel for all parties appearing in the cross-appeal; (6) the cross-appeal

has not been docketed; and (7) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the cross-appeal is approved.  The cross-appeal is dismissed and no appeals remain pending.

DATED:  Honolulu, Hawai'i, October 15, 2019.

Chief Judge

Associate Judge

Associate Judge